UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 03:02-CR-00113-LRH (VPC) |
| Plaintiff, ) | |
| ) | ORDER RE LIMITED REMAND FOR |
| vs. ) | RESENTENCING |
| ) | |
| DAVID DOUGLAS AVERY, ) | |
| ) | |
| Defendant. ) | |

This action has been remanded for the limited purpose of determining whether the sentence originally imposed would have differed materially had the sentencing court been aware that the United States Sentencing Guidelines were advisory. Upon review of the Presentence Investigation and Report and related sentencing pleadings, the court is not aware of any grounds for the sentence originally imposed to have been any different under advisory guidelines. However, as this Defendant was sentenced by another district judge, the Defendant is entitled to a full resentencing hearing. *See*, *United States v. Sanders*, 421 F.3d 1044, 1052 (9th Cir. 2005).

A telephonic status conference is hereby set for January 19, 2006, at 11:00 a.m. Counsel for the Defendant shall forthwith consult with the Defendant and with counsel for Plaintiff United States, and shall be prepared at the status conference to advise the Court whether the Defendant wishes to have a de novo sentencing hearing. If he desires a full resentencing hearing, he will be entitled to return to this jurisdiction or he may waive his personal presence and attend telephonically.

///

///

1  If the Defendant elects to waive further review of the original sentence, a written waiver bearing the signature of the Defendant and the Defendant's counsel shall be filed with the Court, the status conference may be vacated, and the Defendant's original sentence will be reimposed.

DATED this 11th day of January, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE